IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

MYA GULLEY, as proposed Personal Representative of the ESTATE OF NAKEA TYWAIN DIMITRI COWART, Deceased,

Plaintiff,

v. CIVIL ACTION No.:

SMYRNA READY MIX CONCRETE, LLC. and ROB LEE HARRIS,

Defendants.

**COMPLAINT**

Plaintiff, as the proposed Personal Representative of the ESTATE OF NAKEA TYWAIN DIMITRI COWART, Deceased, sue Defendants, SMYRNA READY MIX CONCRETE, LLC. and ROB LEE HARRIS, and alleges:

1) Jurisdiction is based on diversity of citizenship. The amount in controversy exceeds ten million dollars ($10,000,000.00).

2) Venue is proper in this District pursuant to 28 U.S.C. Section 1391 because a substantial part of the events giving rise to this claim occurred in Escambia County, Florida.

3) Plaintiff, MYA GULLEY, is an American citizen residing in the State of Florida.

4) The decedent, NAKEA TYWAIN DIMITRI COWART (hereinafter "NAKEA COWART") was an American citizen and resident of the State of Alabama.

5) Defendant, SMYRNA READY MIX CONRETE, LLC. is a Tennessee corporation and transportation company.

6) Defendant ROB LEE HARRIS is a Florida resident and citizen.

7) Plaintiff, MYA GULLEY, is the proposed Personal Representative of the Estate of NAKEA TYWAIN DIMITRI COWART, Deceased, as evidenced by the Petition for Letters of Administration, a copy of which is attached as Exhibit "A". Plaintiff brings this action pursuant to Florida law, including the authority of *Griffin v Workman*, 73 So.2d 844 (Fla. 1954), which holds that a wrongful death action instituted by a party prior to appointment as personal representative is validated and ratified upon subsequent qualification of the personal representative.

**COUNT I**
**WRONGFUL DEATH - DEFENDANT ROB LEE HARRIS**

8) This count is asserted pursuant to Florida Statutes 768.16 – 788.27 (The Wrongful Death Act).

9) On or about September 12, 2025, Defendants, SMYRNA READY MIX CONCRETE, LLC. owned and Defendant ROB LEE HARRIS operated a motor vehicle (hereinafter referred to as a "Dump Truck") in Escambia County, Florida.

10) On or about September 12, 2025, Defendant, ROB LEE HARRIS, in the course and scope of his employment with Defendant, SMYRNA READY MIX CONCRETE, LLC., negligently operated and/or maintained the subject Dump Truck vehicle so that collided into the decedent, NAKEA

COWART's vehicle, killing him.

11) Defendant ROB LEE HARRIS' negligence caused and/or contributed to the untimely death of NAKEA COWART.

12) The beneficiaries of a recovery for the subject wrongful death action, pursuant to Florida Statute Section 768.21 and their relationship to the decedent, NAKEA COWART, are as follows:

a. Decedent's estate for medical and funeral expenses and loss of net accumulations.
b. A.C., a minor, as the son of the deceased, has been deprived of the comfort, companionship, support, and society of his father. This loss has caused A.C. severe mental pain and suffering.
c. A.A., a minor, as the son of the deceased, has been deprived of the comfort, companionship, support, and society of his father. This loss has caused A.A. severe mental pain and suffering.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant ROB LEE HARRIS, in excess of this Court's jurisdictional limits, a trial by jury, and any other relief deemed just and proper in this matter.

## COUNT II
## WRONGFUL DEATH – SMYRNA READY MIX CONCRETE, LLC

13) This count is asserted pursuant to Florida Statutes 768.16 – 788.27 (The Wrongful Death Act).

14) On or about September 12, 2025, Defendant, SMYRNA READY MIX CONCRETE, LLC. owned and Defendant, ROB LEE HARRIS operated a motor vehicle (hereinafter referred to as an "Dump Truck") in Escambia

County, Florida.

15) On or about September 12, 2025, Defendant ROB LEE HARRIS was a permissive driver of the subject Dump Truck vehicle that Defendant, SMYRNA READY MIX CONCRETE, LLC. owned.

16) On or about September 12, 2025, Defendant, ROB LEE HARRIS, in the course and scope of his employment with Defendant, SMYRNA READY MIX CONCRETE, LLC., negligently operated and/or maintained the subject Dump Truck vehicle so that it collided with the decedent, NAKEA COWART'S vehicle, killing him.

17) At all times material to this Complaint, Defendant, SMYRNA READY MIX CONRETE, LLC., was vicariously liable for the negligence of Defendant, ROB LEE HARRIS.

18) At all times material to this Complaint, Defendant, SMYRNA READY MIX CONRETE, LLC., was responsible for the negligence of Defendant, ROB LEE HARRIS.

19) At all times material to this Complaint, Defendant, SMYRNA READY MIX CONRETE, LLC., was strictly liable for the negligence of Defendant, ROB LEE HARRIS.

20) Defendant ROB LEE HARRIS' negligence caused the untimely death of NAKEA COWART.

21) The beneficiaries of a recovery for the wrongful death, pursuant to Florida Statute Section 768.21 and their relationship to the decedent, NAKEA

COWART, are as follows:

a. Decedent's estate for medical and funeral expenses and loss of net accumulations.

b. A.C., as the son of the deceased, has been deprived of the comfort, companionship, support and society of his father. This loss has caused A.C. severe mental pain and suffering.

c. A.A., a minor, as the son of the deceased, has been deprived of the comfort, companionship, support, and society of his father. This loss has caused A.A. severe mental pain and suffering.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant SMYRNA READY MIX CONCRETE, LLC., in excess of this Court's jurisdictional limits, exclusive of costs, interest, and attorneys' fees and further demands a Trial by Jury and any other relief deemed just and proper in this matter.

Dated October 20, 2025,

Respectfully Submitted,

/s/ Aaron L. Watson

AARON L. WATSON, ESQ.
Florida Bar No.: 0071091
THE WATSON FIRM, PLLC
350 West Cedar Street, Suite 350
Pensacola, FL 32502
Tel.: 850.607.2929
Fax: 850.607.2055
E-Mail: awatson@watsonfirm.com
E-Mail: lparks@watsonfirm.com
E-Mail: filing@watsonfirm.com
*Attorneys for Plaintiff*